1130

No. 00–7291. LAMBERT ET UX. *v.* WILLIAMS ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7296. LEONARD *v.* GARFUNKEL, ACTING SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–7301. DENNEY *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 00–7305. CANFIELD ET UX. *v.* AMERICAN EUROCOPTER CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7316. SINGH *v.* COUNCIL/BUREAU FOR PRIVATE POST-SECONDARY & VOCATIONAL EDUCATION. C. A. 9th Cir. Certiorari denied.

No. 00–7327. ROMERO *v.* BATTLES, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–7341. TILLI *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7359. BRAXTON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–7361. PURDLE *v.* GROESCH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–7377. HAWKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7395. FOSTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7400. CARROZZI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7408. GREEN *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–7417. GASTON *v.* POWELL, WARDEN. C. A. 4th Cir. Certiorari denied.